# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| ME2 Productions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-cv-00764 |
| Does 1-9 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ME2 Productions, Inc.

Date:   11/09/2016

/s/ R. Matthew Van Sickle
*Attorney's signature*

R. Matthew Van Sickle, IN Bar No. 24430-41
*Printed name and bar number*

Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

*Address*

matt@mattvansicklelaw.com
*E-mail address*

(919) 469-5865
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of November, 2016, he electronically filed the foregoing "APPEARANCE OF COUNSEL" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties.

   /s/ R. Matthew Van Sickle            .
R. Matthew Van Sickle
Indiana Bar No. 24430-41
Van Sickle Law, PC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone:     (919) 279-3908
Email:  matt@mattvansicklelaw.com

*Attorney for ME2 Productions, Inc.*